# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 460 |
| | : | |
| EXTENSION OF PILOT PROGRAM FOR | : | CRIMINAL PROCEDURAL RULES |
| ELECTRONIC FILING AND SERVICE OF | : | |
| MOTIONS AND OTHER LEGAL PAPERS | : | DOCKET |
| IN THE FIRST JUDICIAL DISTRICT | : | |
| COURT OF COMMON PLEAS, TRIAL | : | |
| DIVISION-CRIMINAL SECTION AND THE | : | |
| PHILADELPHIA MUNICIPAL COURT- | : | |
| CRIMINAL SECTION | : | |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 2nd day of January, 2015, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the pilot program for electronic filing in the First Judicial District Court of Common Pleas, Trial Division - Criminal Section and the Philadelphia Municipal Court - Criminal Section, as authorized by Order No. 424, Criminal Procedural Rules Docket (February 6, 2013) and its accompanying local rule, and Order No. 449, Criminal Procedural Rules Docket (March 28, 2014), shall be extended for a period of one year, from April 1, 2015 - April 1, 2016.

   During the pilot program, the provisions of the local rule shall control to the extent that the local rule's provisions conflict with the Pennsylvania Rules of Criminal Procedure, the Electronic Case Record Public Access Policy and the Records Retention and Disposition Schedule With Guidelines.

   This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.